IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PAUL VINSON WILLAMS, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00127-TES |
| | * |
| CENTRAL STATE PRISON, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 2, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 2nd day of May, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk